IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT J. MONTERROSA, | ) | CIVIL NO. 03-1417-JE |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| v. | ) | RECOMMENDATION AND DENYING |
| | ) | DEFENDANTS' MOTION FOR SUMMARY |
| DR. VARGO, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOSMAN, J.,**

On March 2, 2005, Magistrate Judge Jelderks issued Findings and Recommendation (docket #35) in the above-captioned case recommending that defendants' motion for summary judgment (#25) be denied. An objection to the Findings and Recommendation (#36) was received on March 18, 2005, and no response was received.

This court must conduct <u>de novo</u> review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Defendant contends that plaintiff fails to demonstrate deliberate indifference to his medical needs. Here, the magistrate judge relied not only on a verified complaint, which

PAGE 1 - ORDER

defendant argues is an insufficient basis to oppose summary

judgment, but also on the medical records submitted by defendant

to find that a question of fact exists regarding whether

defendants were deliberately indifferent to plaintiff's hernia.

This court agrees that such an issue of material fact exists and,

therefore, ADOPTS the Findings and Recommendation denying

defendants' motion for summary judgment as the opinion of this

court.

    IT IS SO ORDERED.

DATED:    Portland, Oregon, May  17 , 2005.


                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge